UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IGIA, INC., | : |
| Plaintiff, | : CIVIL ACTION NO. 07-cv-00222 |
| v. | : |
| XCENTRIC VENTURES, LLC, and ED MAGEDSON, | : **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | : |

PLEASE TAKE NOTICE that the address and telephone number for the attorney for plaintiff has changed. The new address and telephone number is:

Richard M. Mortner, Esq.
The Mortner Law Office, P.C.
16 East 40th Street, 12th Floor
New York, NY 10016
Tel. 212-575-0500

Dated:  April 23, 2007
        New York, NY

_____
Richard M. Mortner (RM-0019)